# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary M. Showalter fka Mary M. Buchman<br>　　　　　　　　　　　　　Debtor | CHAPTER 13 |
| Pingora Loan Servicing, LLC<br>　　　　　　　　　　　　　Movant<br>　　vs.<br>Mary M. Showalter fka Mary M. Buchman<br>　　　　　　　　　　　　　Debtor | NO. 17-18115 REF |
| Roy L. Showalter　　　　　Co-Debtor<br>Frederick L. Reigle Esq.<br>　　　　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, are modified with respect to the subject premises located at 62 East High Street, Topton, PA 19562 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 5, 2018**

_____
United States Bankruptcy Judge.