United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mary M. Showalter
Mary M. Showalter
    Debtors

Case No. 17-18115-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Mar 05, 2018
                        Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2018.
db          +Mary M. Showalter,    MAILING ADDRESS:,    PO Box 53,    Lyon Station, PA 19536-0053
db           Mary M. Showalter,    102 S. Kemp Street,    Lyon Station, PA   19536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2018 02:41:09     Synchrony Bank,
       c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2018 at the address(es) listed below:
        BRENNA HOPE MENDELSOHN    on behalf of Debtor Mary M. Showalter tobykmendelsohn@comcast.net
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Mary M. Showalter fka Mary M. Buchman | | CHAPTER 13 |
| Debtor | | |
| Pingora Loan Servicing, LLC | Movant | |
| vs. | | NO. 17-18115 REF |
| Mary M. Showalter fka Mary M. Buchman | Debtor | |
| Roy L. Showalter | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq. | Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, are modified with respect to the subject premises located at 62 East High Street, Topton, PA 19562 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 5, 2018**

United States Bankruptcy Judge.