Certificate Number: 11760-PAE-DE-031075859

Bankruptcy Case Number: 17-18115



11760-PAE-DE-031075859

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2018, at 7:30 o'clock PM PDT, Mary Showalter completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 22, 2018             By:    /s/Jennifer L Walter

                                 Name:  Jennifer L Walter

                                 Title: Teacher