**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Mary M. Showalter                              Case No. 17-18115 -ref

       Debtor

**ADDENDUM TO CHAPTER 13 PLAN**

    Mary J. Showalter., by and through her counsel, Brenna H. Mendelsohn, hereby files this Addendum to the Chapter 13 Plan to make the following changes:

1.   The total funding should be $2,202.64. The monthly Trustee payment will be $61.38 for the remaining 31 months of the Plan.

                Respectfully submitted:

Date: May 31, 2018             /s/ Brenna H. Mendelsohn
                               Brenna H. Mendelsohn, Esquire