United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mary M. Showalter
Mary M. Showalter
    Debtors

Case No. 17-18115-ref
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Lisa | Page 1 of 1 | Date Rcvd: Jun 05, 2018 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
db     +Mary M. Showalter,   MAILING ADDRESS:,   PO Box 53,   Lyon Station, PA 19536-0053
db      Mary M. Showalter,   102 S. Kemp Street,   Lyon Station, PA  19536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
      BRENNA HOPE MENDELSOHN   on behalf of Debtor Mary M. Showalter tobykmendelsohn@comcast.net
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      KEVIN G. MCDONALD   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mary M. Showalter
      Debtor(s)
                                    Chapter: 13

                                    Bankruptcy No: 17−18115−ref

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 5, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Richard E. Fehling
                                            Chief Judge ,
                                            United States Bankruptcy Court

                                                            21
                                                        Form 155