IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: MARY M. SHOWALTER )<br>**Debtors** )<br> ) | CHAPTER 13 |
| KIA MOTORS FINANCE )<br>**Moving Party** )<br> ) | Case No.: 17-18115 (REF) |
| v. )<br> ) | **Hearing Date: 7-12-18 at 9:30 AM** |
| MARY M. SHOWALTER )<br>ROY L. SHOWALTER )<br>**Respondents** )<br> ) | 11 U.S.C. 362 |
| FREDERICK L. REIGLE )<br>**Trustee** )<br> ) | 11 U.S.C. 1301 |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Kia Motors Finance, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Kia Sportage** bearing vehicle identification number KNDPBCAC7G7855184 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

**Date: July 13, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE