United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18115-ref
Mary M. Showalter                                                     Chapter 13
Mary M. Showalter
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1             Date Rcvd: Jul 13, 2018
                             Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Mary M. Showalter,    MAILING ADDRESS:,    PO Box 53,    Lyon Station, PA 19536-0053
db              Mary M. Showalter,    102 S. Kemp Street,    Lyon Station, PA  19536
cr             +Hyundai Capital America d/b/a Kia Motors Finance,    6100 W. Plano Parkway,    Suite 2000,
                 Plano, TX 75093-8207
cr             +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2018 02:23:03     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Mary M. Showalter tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Capital America d/b/a Kia Motors Finance
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Kia Motors Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: MARY M. SHOWALTER ) | |
| **Debtors** ) | |
| ) | CHAPTER 13 |
| KIA MOTORS FINANCE ) | |
| **Moving Party** ) | Case No.: 17-18115 (REF) |
| ) | |
| v. ) | |
| ) | **Hearing Date: 7-12-18 at 9:30 AM** |
| MARY M. SHOWALTER ) | |
| ROY L. SHOWALTER ) | 11 U.S.C. 362 |
| **Respondents** ) | |
| ) | 11 U.S.C. 1301 |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Kia Motors Finance, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Kia Sportage** bearing vehicle identification number KNDPBCAC7G7855184 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

**Date: July 13, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE