| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-18115-PMM**

MARY M SHOWALTER
102 S KEMP STREET
LYON STATION  PA    19536-9536

Petition Filed Date: 12/04/2017
341 Hearing Date: 02/13/2018
Confirmation Date: 06/05/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $61.38 | | 02/15/2019 | $61.38 | | 03/18/2019 | $61.38 | |
| 04/17/2019 | $61.38 | | 05/20/2019 | $61.38 | | 06/14/2019 | $61.38 | |
| 07/08/2019 | $61.38 | | 08/09/2019 | $61.38 | | 09/06/2019 | $61.38 | |
| 10/18/2019 | $61.38 | 6261859000 | 11/15/2019 | $61.38 | 6331409000 | 12/09/2019 | $61.38 | 6386579000 |
| 01/10/2020 | $61.38 | 6471069000 | 02/10/2020 | $61.38 | 6544631000 | 03/09/2020 | $61.38 | 6621197000 |
| 04/10/2020 | $61.38 | 6703580000 | 05/08/2020 | $61.38 | 6777785000 | 06/11/2020 | $61.38 | 6857134000 |
| 07/10/2020 | $61.38 | 6931982000 | 08/07/2020 | $61.38 | 6997759000 | | | |

**Total Receipts for the Period:  $1,227.60    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,957.26**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $1,975.07 | $0.00 | $1,975.07 |
| 2 | KIA MOTORS FINANCE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $20,860.81 |
| 5 | M&T BANK<br>»» 005 | Unsecured Creditors | $16,764.31 | $0.00 | $16,764.31 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,554.95 | $0.00 | $1,554.95 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $6,165.24 | $0.00 | $6,165.24 |
| 6 | MENDELSOHN & MENDELSOHN PC<br>»» 006 | Attorney Fees | $2,000.00 | $1,676.49 | $323.51 |
| 6 | KIA MOTORS FINANCE<br>»» 02U | Unsecured Creditors | $7,573.93 | $0.00 | $7,573.93 |

**Chapter 13 Case No. 17-18115-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,957.26 | Current Monthly Payment: | $61.38 |
| Paid to Claims: | $1,676.49 | Arrearages: | $0.00 |
| Paid to Trustee: | $170.29 | Total Plan Base: | $2,202.78 |
| Funds on Hand: | $110.48 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.