United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 17-18115-pmm

Mary M. Showalter                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4               User: admin                                      Page 1 of 2
Date Rcvd: Mar 19, 2021            Form ID: 138NEW                                  Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary M. Showalter, 26 Five Points Rd., Mertztown, PA 19539-9214 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14036439 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14022688 | + | Financial Recoveries, PO BOX 1388, Mount Laurel, NJ 08054-7388 |
| 14122807 | + | Hyundai Capital America, d/b/a Kia Motors Finance, 6100 W. Plano Parkway, Suite 2000, Plano, TX 75093-8207 |
| 14030842 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14022690 | + | KML Law Group, Attn. Nora C. Viggiano, Esq., Suite 5000 BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14022689 | + | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 14047724 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14084179 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14022693 | + | Pingora Loan Services, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 14032785 | + | Pingora Loan Servicing, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14022695 | + | Roy Showalter, 62 East High Street, Topton, PA 19562-1006 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2021 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2021 03:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14022687 | + | Email/Text: clientservices@credit-control.com | Mar 20 2021 03:58:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14022691 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2021 03:57:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14022692 | | Email/Text: camanagement@mtb.com | Mar 20 2021 03:57:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14030694 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2021 04:15:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14023863 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2021 04:15:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14022694 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2021 04:21:37 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14035918 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2021 03:57:00 | Quantum3 Group LLC as agent for, MOMA |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14022696 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 20 2021 04:14:55 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14024011 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 20 2021 04:06:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Hyundai Capital America d/b/a Kia Motors Finance, 6100 W. Plano Parkway, Suite 2000, Plano, TX 75093-8207 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2021             Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Mary M. Showalter tobykmendelsohn@comcast.net |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Capital America d/b/a Kia Motors Finance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Kia Motors Finance ecfmail@mortoncraig.com   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary M. Showalter
       Debtor(s)                                                  Bankruptcy No: 17−18115−pmm
                                                                                    Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                    Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                 For The Court
                                                                                     Timothy B. McGrath
                                                                                         Clerk of Court

Dated: 3/19/21

                                                                                                                              40 − 39
                                                                                                                           Form 138_new